IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KENNEY LEE IVORY**                                                              **PLAINTIFF**

V.                          **CASE NO.  3:22-cv-00118 JM**

**CINDY THYER, Circuit
Court Judge, Craighead County,** *et al.*                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 18th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE